<u>**2018**</u>                        UNITED STATES BANKRUPTCY COURT
                          SOUTHERN DISTRICT OF OHIO
                              WESTERN DIVISION

IN RE:                              :        CASE NO.16-13395
                                             CHAPTER 13
AARON M GREENBERG
BREANNE EB GREENBERG               :        JUDGE   HOPKINS
     DEBTOR(S)

                                    :        STATUS REPORT:
                                             1.INCOME/SPECIAL CIRCUMSTANCE


Comes now Debtor(s) through Counsel and file this status report as requested by the Trustee regarding:

**1.Income/Special Circumstance**

**Tax returns have been sent to 13documents.com on this date.**

Counsel has reviewed debtor(s)' tax return and cites the following:

_____X____ The amount of income earned by Debtor(s) matches the amount on Schedule I and amendments do not need to be filed.


**Absent extenuating circumstances, returns must be filed by April 15. (No extensions please).**


Per 8.2 of the plan as of Dec. 2017 - Federal Income Tax Refunds
(If plan in question was confirmed prior to December 2016, See plan and confirmation order for applicable amounts.)

Notwithstanding single/joint tax filing status, the Debtor may annually retain the greater of (1) any earned income tax credit and additional child tax credit or (2) $3,000 of any federal income tax refund for maintenance and support pursuant to § 1325(b)(2) and shall turnover any balance in excess of such amount to the Trustee. Unless otherwise ordered by the Court, tax refunds turned over to the Trustee shall be distributed by the Trustee for the benefit of creditors. Any motion to retain a tax refund in excess of the amount set forth above shall be filed and served pursuant to LBR 9013-3(b).

Any funds above these amounts must be turned over to the Trustee unless Counsel has averaged the tax refund or earned income credit amount into Schedule I, or the plan provides otherwise, or a Motion to Retain is filed and an Order is granted allowing Debtor(s) to retain the refund for maintenance and support.

| Property Address/ | Insurance Company | Policy Number | Full/Liability | Agent Name/Contact |
|---|---|---|---|---|
|  |  |  |  |  |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing <u>STATUS REPORT</u> was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on 4/, 2, 2018 addressed to:

<u>AARON GREENBERG</u>
<u>BREANNE GREENBERG</u>
<u>633 Glensprings Dr</u>
<u>Cincinnati, OH 45246</u>

                                                /s/   Norman L Slutsky_____
                                                Debtor(s)' Attorney