**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: June 29, 2018**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Aaron M Greenberg** | : | **Case No.: 16-13395** |
| **Breanne EB Greenberg AKA** | : | **Chapter 13** |
| **Breanne E Brislenn** | : | **Judge Jeffery P. Hopkins** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** | : | |
| | : | |

**AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY (DOCKET NUMBER 53) AS TO REAL PROPERTY LOCATED AT 633 GLENSPRINGS DR, CINCINNATI, OH 45246**

This matter having come before the Court on the Motion for Relief from Stay which was filed in this court by JPMorgan Chase Bank, National Association ("Creditor") as Docket Number 53, and the opposition of Aaron M Greenberg and Breanne EB Greenberg AKA Breanne E Brislenn (collectively, "Debtor"); and it appearing to the Court that the parties have

18-012320_ABH

agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Creditor; and the Court, being otherwise fully advised in the premises, hereby issues the following Order with respect thereto:

1. The Parties agree that the Chapter 13 Plan filed herein on behalf of Aaron M Greenberg and Breanne EB Greenberg AKA Breanne E Brislenn (collectively, "Debtor") provided that said Debtor was to make regular monthly mortgage payments to Creditor outside of the Plan in a regular monthly fashion.

2. The Parties agree that in breach of the terms of said Plan, the Debtor failed to make certain of the regular monthly mortgage payments to Creditor; said payments are currently in default for the months of February 2018 and subsequent months, incurring a total post-petition arrearage of $5,254.35 as of June 20, 2018, which consists of 5 post-petition payments at $1,050.87 each. There are $850.00 in MFR filing fees, and there is $782.87 in suspense, which reduces the total post-petition arrearage to $5,321.48.

3. In order to eliminate said post-petition delinquency, the Debtor filed a Motion to Modify Plan on June 15, 2018 wherein the post-petition arrearage for the months of February 2018 through June 2018 will be paid and making ongoing monthly mortgage payments to Creditor conduit beginning with the July 2018 payment in the amount of $1,050.87.

4. Creditor shall file a Supplemental Proof of Claim in the amount of $5,321.48. Creditor must file the Supplemental Proof of Claim within 45 days of the entry of this order of the claim will be disallowed. Said Claim shall be paid as secured through the Chapter 13 Plan.

5. This Provisional Order remains in full force and effect in the event Debtor's case is dismissed by the Court and Debtor subsequently reinstates his case by order of the Court

    and/or the Creditor obtains relief from stay and the stay is subsequently reinstated by order of the Court.

6. The following are events of default under this Provisional Order: (a) Debtor fails to pay any future monthly mortgage payment so that the payment is not received by the Trustee on or before the last day of the month in which it is due (hereinafter, any of the events described above shall be referred to as a "Default").

7. In the event of a Default, Creditor shall file a Notice specifying the Default, with service to Debtor and Debtor's counsel ("Notice"), allowing Debtor 10 days to cure the Default ("Cure Opportunity"). If the Default is not cured, Creditor shall submit a proposed Order for Relief from the Automatic Stay.

8. The Parties agree that Debtors shall receive no more than two Notices and two Cure Opportunities. If Debtor defaults a third time, Creditor shall submit a proposed Order Granting Relief to the Court without further notice to the Debtor and Debtor's Counsel.

**SO ORDERED.**

**SUBMITTED BY:**

/s/ Adam B. Hall
Adam B. Hall (0088234)
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Email: abh@manleydeas.com
Attorney for Creditor


/s/ Norman Slutsky
Norman Slutsky
10979 Reed Hartman Hwy
Suite 212
Cincinnati, OH 45242
Telephone: 513-793-5560

Fax:
Email:  nslutsky@fuse.net
Attorney for Debtor


<u>/s/ Margaret A. Burks by Karolina Perr, Staff Attorney</u>
Margaret A. Burks
Chapter 13 Trustee
600 Vine Street
Suite 2200
Cincinnati, OH  45202
Email:  cincinnati@cinn13.org


<u>Copies to</u>: Default list plus additional parties

   Aaron M Greenberg and Breanne EB Greenberg AKA Breanne E Brislenn, 633 Glensprings Dr., Cincinnati, OH  45246
   (notified by regular US Mail)

   Aaron M Greenberg and Breanne EB Greenberg AKA Breanne E Brislenn, 633 Glensprings Dr, Cincinnati, OH  45246
   (notified by regular US Mail)

   Hamilton County Treasurer, County Administration Building , 138 East Court Street , Cincinnati , OH  45202
   (notified by regular US Mail)

   Department of Housing and Urban Developm, Attn: Single Family Note Branch, 451 7th Street SW, Washington, DC  20410
   (notified by regular US Mail)


###